"the trial court should exclude the defense and the evidence offered in support"); *U.S. v. Alicea*, 837 F.2d 103, 107 (2nd Cir.1988) (holding there was no violation of the right to testify where the trial court excludes the evidence of a duress defense that fails as a matter of law). While the constitutional right to testify permits a defendant to choose whether or not to take the witness stand, it does not authorize a defendant to present irrelevant testimony.

**AFFIRMED.**

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

INDIAN OASIS–BABOQUIVARI UNIFIED SCHOOL DISTRICT NO. 40 OF PIMA COUNTY, ARIZONA; Whiteriver Unified School District No. 20 of Navajo County; Clifford Pablo, next best friend of Clifford Pablo, Jr.; Cynthia Parker, Guardian of David Parker; Edlina Thompson, next best friend of Nelson Lupe, Plaintiffs–Appellants,

v.

James Lee KIRK, in his official capacity as Treasurer of Pima County, Arizona; C. Diane Bishop, in her official capacity as Superintendent of Public Instruction for the State of Arizona; Anita Lohr, in her official capacity as County School Superintendent for Pima County, Arizona; J.R. Despain, in his official capacity as Treasurer of Navajo County, Arizona; William Bennett, in his official capacity as County School Superintendent for Navajo County, Arizona, Defendants–Appellees.

No. 93–16089.

United States Court of Appeals, Ninth Circuit.

Dec. 18, 1996.

Before: HUG, Chief Judge.

UNITED STATES of America, Plaintiff–Appellant,

v.

CAL–ALMOND INC., Defendant–Appellee,

and

Gold Hills Nut Co., Inc.; Del Rio Nut Co. Inc.; James G. Crecilius, dba Monte Vista Farming Company, Defendants.

UNITED STATES of America, Plaintiff–Appellant,

v.

CAL–ALMOND INC.; Gold Hills Nut Co., Inc.; Del Rio Nut Co. Inc.; James G. Crecilius, dba Monte Vista Farming Company, Defendants–Appellees.

Nos. 95–17209, 95–17333.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 1996.

Decided Dec. 19, 1996.

